**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CIVIL ACTION NO. 19-4-DLB-CJS

PATRICK DUNN                                                                                                        PLAINTIFF

v.                                                        **JUDGMENT**

ADAMS, STEPNER, WOLTERMANN
& DUSING, PLLC                                                                                              DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered today, and the Court begin otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)   Defendant's Motion for Summary Judgment (Doc. # 55) is **GRANTED**. **Judgment is entered for Defendant on Plaintiff's federal claim** (Count II);

(2)   Plaintiff's Motion for Summary Judgment (Doc. # 56) is **DENIED**;

(3)   Plaintiff's federal claim (Count II) is **DISMISSED WITH PREJUDICE**;

(4)   Plaintiff's state-law claim (Count I) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3); and

(5)   This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 4th day of August, 2021



Signed By:
*David L. Bunning*   DB
United States District Judge